IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TROY HOWARD,<br><br>          Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>          Defendant. | No. 1:23-CV-45 |

## **FINAL JUDGMENT**

For the reasons expressed in the *Order Affirming Administrative Decision*, it is ORDERED, ADJUDGED and DECREED that the Commissioner's decision is AFFIRMED. It is further ORDERED, ADJUDGED and DECREED that this action is DISMISSED.

SIGNED this 23rd day of April, 2024.

_____
Zack Hawthorn
United States Magistrate Judge